PENNSYLVANIA COMPANY FOR BANKING AND TRUSTS, &c., appellant,

*v.*

BOARD OF NATIONAL MISSIONS, &c., respondents.

[Argued October 28th, 1947. Decided January 29th, 1948.]

*Mr. Hiram Steelman,* for the appellant.

*Messrs. Whiting & Moore (Mr. Ira C. Moore, Jr.,* of counsel), for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported at *139 N. J. Eq. 71.*

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ. 13.

*For reversal*—None.